IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

SEP 1 0 2002

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 02-40046-JPG |
| | ) |
| THOMAS K. FORD, | ) COUNT 1, Title 30 |
| | ) United States Code |
| Defendant. | ) Section 820(c) and (d). |
| | ) COUNT 2, Title 30 United States Code, |
| | ) Section 820(f) and Title 20 United States Code |
| | ) Section 2. |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### INTRODUCTION

1   At all times material hereto, Coal Miners, Inc., was engaged in the business of operating a coal mine in Illinois subject to the Federal Mine Safety and Health Act of 1977, Title 30, United States Code, Section 801 et seq. (hereinafter "the Mine Safety Act")

2   At all times material hereto, the Eagle Valley Mine, located near Equality, Illinois, in Gallatin County, within the Southern District of Illinois, was a coal mine operated by Coal Miners, Inc., and was subject to the Mine Safety Act because its products affected interstate commerce

3   At all times material hereto, **THOMAS K. FORD** was a manager of Coal Miners, Inc., that is, chief electrician of the Eagle Valley Mine

4   At all times material hereto, Title 30, Code of Federal Regulations, Section

75.900, a mandatory safety standard, was in effect and required that low- and medium-voltage power circuits serving three-phase alternating current equipment shall be protected by suitable circuit breakers of adequate interrupting capacity which are properly tested and maintained as prescribed by the Secretary Such breakers shall be equipped with devices to provide protection against undervoltage, grounded phase, short circuit, and overcurrent

5  This introduction is realleged and incorporated by reference into each count of this Indictment.

## COUNT I

In or about June through July, 2000, within the Southern District of Illinois,

**THOMAS K. FORD,**

defendant herein, as a manager of the Eagle Valley Mine, the chief electrician, did willfully violate the mandatory safety standard set forth in paragraph 4 in that he did willfully remove fuses from the vacuum contactor circuits of a transformer (substation providing low- and medium-voltage power circuits serving three-phase alternating current equipment) and connect the power leads directly to the 995-volt busses, and in so doing removed short circuit protection for the miners during the period of from in or about June 2000, to on or about August 1, 2000, which is prescribed for by Title 30, Code of Federal Regulations, Section 75.900; in violation of Title 30, United States Code, Sections 820(c) and (d).

## COUNT 2

In or about June through July 2000, within the Southern District of Illinois,

**THOMAS K. FORD,**

knowingly made false statements and representations in records, reports, and documents required

2

to be maintained pursuant to the Federal Mine Safety and Health Act, 30 C F R 75 512, in that he did knowingly falsify and cause to be falsified records of weekly examinations of electrical equipment by recording and causing to be recorded notations that the electrical equipment (unit #3, the power substation providing low- and medium-voltage power circuits serving three-phase alternating current equipment) had been examined and tested for dangerous conditions and that none were found when in truth and in fact, had the examinations actually been conducted and the findings truthfully recorded, the records should have reflected that the fuses had been removed from the vacuum contactor circuits of unit #3, the substation providing low- and medium-voltage power circuits serving three-phase alternating current equipment, and had been connected directly to the power leads of the 995-volt busses, thereby removing the short circuit protection for the miners, which is prescribed for by Title 30, Code of Federal Regulations, Section 75 900, all in violation of Title 30, United States Code, Section 820(f) and 18 United States Code, Section 2

**A TRUE BILL**

FOREPERSON

MIRIAM F. MIQUELON
United States Attorney